**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DANIELLE MCGEE**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 1:25-cv-154-GHD-RP**

**COLUMBUS MUNICIPAL SCHOOL DISTRICT**            **DEFENDANT**

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Defendant Columbus Municipal School District ("Defendant"), by and through counsel, has this day served the following upon Plaintiff's counsel:

- *Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff.*

RESPECFULLY SUBMITTED, this the 23rd day of January 2026.

                                     **COLUMBUS MUNICIPAL SCHOOL DISTRICT**

                                      By:    */s/ J. Wade Sweat*
                                                Elizabeth Lee Maron (MS Bar #10133)
                                                J. Wade Sweat (MS Bar #9933)
                                                ADAMS & REESE, LLP
                                                1018 Highland Colony Parkway, Suite 800
                                                Ridgeland, Mississippi 39157
                                                (p) 601-292-0785
                                                (f) 601-355-9708
                                                Email: Elizabeth.Maron@arlaw.com
                                                Email: Wade.Sweat@arlaw.com

## **CERTIFICATE OF SERVICE**

I certify that I have this day filed the foregoing Notice of Service with the Clerk of the Court via the ECF Filing System, which caused notice of filing to be served on all registered counsel of record.

Originals of Defendant's First Set of Interrogatories and Requests for Production of Documents are retained by undersigned counsel. A copy of these discovery requests was sent via electronic mail to Plaintiff's counsel.

THIS, the 23rd day of January 2026.

*/s/ J. Wade Sweat*
J. Wade Sweat